IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Yvonne Derry and Richard W. Derry, | No. CV-09-02519-PHX-ROS |
| Plaintiffs, | **ORDER** |
| vs. | |
| CitiBank, N.A., et al., | |
| Defendants. | |

Plaintiffs filed a Notice of Voluntary Dismissal (Doc. 38). Defendants object to this request and seek dismissal with prejudice. Federal Rule of Civil Procedure 41(a)(1)(A) permits a plaintiff to voluntarily dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Defendants have not filed an answer or motion for summary judgment, and Plaintiffs' Notice of Voluntary Dismissal is therefore automatic. *See Swedberg v. Marotzke*, 339 F.3d 1139, 1142 (9th Cir. 2003) ("The language of [Rule 41(a)(1)(i)] leaves little room for interpretation. Until an adverse party files an answer or a motion for summary judgment, the plaintiff can have the action dismissed merely by filing a notice of dismissal with the clerk. Rule 41(a)(1)(i) does not require leave of court to dismiss the action.") (internal citation and quotation marks omitted).

Accordingly,

1 **IT IS ORDERED** dismissing this action without prejudice.

2 **FURTHER ORDERED** the Motion to Strike (Doc. 24) and the Motions to Dismiss
3 (Docs. 30, 31) **ARE DENIED** as moot.

4 The Clerk shall terminate this action.

5 DATED this 26th day of April, 2010.

_____
Roslyn O. Silver
United States District Judge